**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Martha T. Garcia

CHAPTER: 13

Debtor(s) | CASE NO. 26-00895-MJC

## NOTICE

The confirmation hearing on the First Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date:  July 9, 2026                                    Time:  10:00 am

Location:  U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA

The deadline for filing objections to confirmation of the Plan is: July 2, 2026.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: June 5, 2026                          Filed by: /s/ Michael A. Cibik
                                            Michael A. Cibik, Managing Attorney
                                            Cibik Law, P.C., Counsel for Debtor