**UNITED STATES BANKRUPTCY COURT MIDDLE**
**DISTRICT OF PENNSYLVANIA**
**Wilkes-Barre Division**

| | |
|---|---|
| Martha T. Garcia,<br><br>*Debtor*. | Case No. 26-00895-MJC<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Michael A. Cibik, Counsel for Debtor, hereby certify that on June 5, 2026, a true and correct copy of the First Amended Chapter 13 Plan and Notice of Self Scheduled Hearing with Objection Deadline was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification, upon Capital One Auto Finance by Certified Mail, upon the Debtor by First Class Mail, and upon all other creditors from the Creditor Matrix by First Class Mail, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Capital One Auto Finance - *via Certified Mail*
Attn: Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491

Martha T. Garcia - *via First Class Mail*
36 Friendship Rd
Lehighton, PA 18235-3607

Capital One - *via First Class Mail*
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chimefinal - *via First Class Mail*
Attn: Bankruptcy
P.O. Box 417
San Francisco, CA 94104-0417

Internal Revenue Service - *via First Class Mail*
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Dept. of Revenue - *via First Class Mail*
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Proceed/Cust - *via First Class Mail*
1300 Garret Ln
Lincoln, NE 68512-9330

Synchrony Bank/Care Credit - *via First Class Mail*
Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes - *via First Class Mail*
Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Quantum 3 Group LLC as agent for - *via First Class Mail*
CF Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788

Dated: June 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik, Managing Attorney
Cibik Law, P.C., Counsel for Debtor