In RE:                                              **Chapter:** 13

MARTHA T. GARCIA                                    **Claim Number:** 1

                                                    **Case Number:** 26-00895

**Debtor(s)**

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.,** hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:                                               TO:

Capital One Auto Finance, a division of Capital     Capital One Auto Finance, a division of Capital
One, N.A. c/o AIS Portfolio Services, LLC           One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360                                       PO Box 661381

Houston, TX 77210                                   Dallas,TX 75266-1381

Date:  08/12/2026                                   /s/ Amit Rohit

                                                    Creditor's Authorized Agent for Capital One Auto
                                                    Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In RE:

|  |  |
|---|---|
|  | **Chapter:** 13 |
| MARTHA T. GARCIA | **Case Number:** 26-00895 |

**Debtor(s)**

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
MICHAEL A CIBIK
HELP@CIBIKLAW.COM

Trustee
JACK N ZAHAROPOULOS
info@pamd13trustee.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com